UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BYRON WARREN,

   Plaintiff,

v.                                         CASE NO: 3:16-cv-00157-TCB

TD AUTO FINANCE, LLC,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, BYRON WARREN, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BYRON WARREN, and Defendant, TD AUTO FINANCE, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                */s/ Octavio "Tav" Gomez*
                                                Octavio "Tav" Gomez, Esquire
                                                Morgan & Morgan, Tampa
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 223-5402
                                                Georgia Bar #: 617963
                                                tgomez@forthepeople.com
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of January, 2017, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties of record.

*/s/ Octavio "Tav" Gomez*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963